## PYE vs. WOOD, et ux.

APPEAL from *Charles* County Court. Debt upon a replevin bond, entered into on the 1st of April 1804 by *Sally* and *Elizabeth Doncastle*, with the defendant, (now appellant,) and another, as their sureties, to *Elizabeth Ridgate*, administratrix of *Thomas H. Ridgate*, who had intermarried with *John Woods*, the plaintiffs, (the appellees.) General performance was pleaded. Replication, nonperformance, setting out the action of replevin brought

By the *Doncastles* against *Ridgate's* administratrix, and its being nonprossed, &c. At the trial the plaintiffs offered to prove by the record and proceedings produced, that the negroes, in the condition of the writing obligatory mentioned, were taken under the replevin, *Doncastle* against *Ridgate*, and kept out of the possession of the plaintiffs from May 1804 to March 1805. The defendant then offered a competent witness, who proved the value of the said negroes at and during the time aforesaid, and also proved their value in October 1809 to be equal to their value at the time aforesaid: And then, in order to show by the declarations of the plaintiffs, that the said negroes were of little or no value, offered to ask the witness the following questions: "Did you hear the plaintiffs at any time in October 1809, say that they knew where the negroes were; that they had left their possession by their orders, and that they would take no steps to regain the possession of them, and that they did not wish, and would not allow them to return?" To the answering of these questions by the witness, the plaintiffs objected. And the Court, [*Key* and *Clarke*, A. J.] decided the questions to be inadmissible, and refused to permit them to be answered. The defendant excepted; and the verdict and judgment being against him, he appealed to this court, where the cause was argued before CHASE, Ch. J. and BUCHA, NAN, JOHNSON and MARTIN, J. by

*Chapman*, for the Appellant.

No Counsel appeared for the Appellees.

JUDGMENT AFFIRMED.